# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1793

_____

James R. Guglielmino,                          *
                                               *
         Appellant,                            *
                                               *
    v.                                         *
                                               *
City of Kansas City, Missouri,                 *
                                               *
         Appellee,                             *
                                               *
Brandon Norwat, Brandon Police                 *   Appeal from the United States
Officer; D. Budd, Police Officer,              *   District Court for the
                                               *   Western District of Missouri.
         Defendants,                           *
                                               *   [UNPUBLISHED]
Board of Police Commissioners of               *
Kansas City, Missouri,                         *
                                               *
         Appellee,                             *
                                               *
One Unidentified Kansas City,                  *
Missouri Police Officer; Kelly                 *
Moorhouse, Commissioner, in both               *
her individual and official capacity,          *
                                               *
         Defendants.                           *

_____

Submitted:  September 28, 1999
    Filed:  October 12, 1999

_____

Before WOLLMAN, Chief Judge, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, James R. Guglielmino appeals the district court's[1] orders granting summary judgment to defendants City of Kansas City, Missouri and the members of its Board of Police Commissioners, and an earlier order of the court granting the Board judgment on the pleadings. After de novo review, we find the district court's orders were proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

-2-